## U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:21−cv−00237−E−BN

Mejia v. State of Texas  
Assigned to: Judge Ada Brown  
Referred to: Magistrate Judge David L. Horan  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/02/2021  
Jury Demand: None  
Nature of Suit: 530 Prisoner Pet/Habeas Corpus: General  
Jurisdiction: Federal Question

**Petitioner**

**Carlos Mauricio Izagui Mejia**　　　　　　　　represented by　**Carlos Mauricio Izagui Mejia**  
#02061219  
TDCJ Beto Unit  
1391 FM 3328  
Tennessee Colony, TX 75880  
PRO SE

V.

**Respondent**

**State of Texas**  
*doing business as*  
Kathy Kahle  
*doing business as*  
Kristine M Guiney  
*doing business as*  
Marillyn Burgess  
*doing business as*  
Ken Paxton

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/02/2021 | 1 | New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Initiating documents received by mail. No prior sanctions found. (For court use only – links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (mjr) (Entered: 02/04/2021) |
| 02/02/2021 | 2 | Notice and Instruction to Pro Se Party. (mjr) (Entered: 02/04/2021) |
| 02/02/2021 | 3 | PETITION for Writ of Habeas Corpus filed by Carlos Mauricio Izagui Mejia. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (mjr) (Entered: 02/04/2021) |
| 02/04/2021 |  | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1, 2. Thu Feb 4 09:41:54 CST 2021 (crt) (Entered: 02/04/2021) |

| 02/05/2021 | 4 | ORDER TRANSFERRING CASE: Case transferred to Tyler Division of the Eastern District of Texas. This action will be transferred under the undersigned's authority granted by Rule 2(a)(3) of the Court's Miscellaneous Order No. 6 to the Houston Division of the Southern District of Texas on 2/26/2021, to allow any party to file an objection to Judge Brown within 14 days after being served with a copy of this order. If an objection is filed, the order of transfer is stayed pending further order of the Court. (Ordered by Magistrate Judge David L. Horan on 2/5/2021) (ykp) (Entered: 02/05/2021) |
| --- | --- | --- |
| 02/05/2021 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:4. Fri Feb 5 15:22:53 CST 2021 (crt) (Entered: 02/05/2021) |